# United States Court of Appeals
## For the First Circuit

No. 06-1810

PAUL BARD,

Plaintiff, Appellant,

v.

BOSTON SHIPPING ASSOCIATION; INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION PENSION PLAN, a/k/a BSA-ILA Pension Plan, a/k/a BSA-
ILA Trust Fund,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this court issued on December 19, 2006 is
amended as follows:

On page 16, line 1: Replace the hyphenated word "decision-
maker" with the words "decision maker."

On page 19, line 9: Replace the word "England" with the
abbreviation "Eng."

On page 32, line 7 of footnote 20: Replace the word "avowed"
with the word "disavowed."